EAST RIVER SAVINGS BANK, Respondent, v. GOLDBROWN BUILDING CORPORATION, Appellant, and Others, Defendants.— Order, in an action to foreclose a mortgage, denying appellant's motion to compel plaintiff to execute a stipulation of discontinuance and a consent to the vacating of the notice of pendency of action upon payment of all arrears of interest and the remedying of all defaults under the bond and mortgage, except the payment of principal, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

FEIBER REALTY CORPORATION and ELSA RAYNER SELIG, as Executrix of ARTHUR L. SELIG, Respondents, v. EDWARD C. ABEL, Appellant, and Others, Defendants. — Order vacating order made by Wenzel, J., January 8, 1934, and directing reinstatement of deficiency judgment, reversed on the law, with ten dollars costs and disbursements, and motion denied. The order made by MacCrate, J., on January 5, 1934, on reargument of motion resulting in order of November 1, 1933, in effect vacated the deficiency judgment " without prejudice  *  *  *  to review this order." The order made by Wenzel, J., at the instance of defendants, on January 8, 1934, was really unnecessary, and a duplication, of the order made by MacCrate, J., on January 5, 1934. The order now before this court was made without authority. That the Court of Appeals established a rule of law in another case did not give one Special Term the power to reverse orders made by other Special Terms. The remedy of plaintiffs is to prosecute the appeals from the orders of MacCrate, J., now pending before this court. No facts are presented which require consideration of the doctrine announced in *Monaghan* v. *May* (242 App. Div. 64). Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

GEORGE GISE and Others, Infants, by HANNAH KENNY, Their Guardian ad Litem, Appellants, v. THE BROOKLYN SOCIETY FOR THE PREVENTION OF CRUELTY TO CHILDREN, Respondent.— Order denying motion to treat the answer as a nullity under rule 104 of the Rules of Civil Practice, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

In the Matter of the Application of HUBERT J. McLAUGHLIN, Appellant, for the Determination of the Court as to the Election of ELIZABETH DALY, Respondent, for Party Office in the First Election District of the Fifth Assembly District of Queens County.— Order denying motion to declare void ballots cast for party committeeman on the ground that the person elected was not a member of the Assembly district affirmed, without costs, respondent having neither appeared nor filed a brief. The proper remedy is *quo warranto.* (*Matter of Hines*, 141 App. Div. 569, 574.) Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.